HANS SCHWARTAU, PLAINTIFF-RESPONDENT, v. BOR-
OUGH OF CLOSTER, DEFENDANT-PETITIONER.

See. same case below: 50 *N. J. Super.* 399.

*Mr. George Winne* and *Mr. James J. Dooley* for the
petitioner.

*Mr. William V. Breslin* for the respondent.

September 12, 1958. Denied.

JAMES HINES, PLAINTIFF-PETITIONER, v. MARTHA
JOHNSON, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Abraham Miller* and *Mr. Abraham J. Slurzberg* for
the petitioner.

*Mr. Robert H. Wall* for the respondents.

September 12, 1958. Denied.